**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENEROSO SIAPNO, | No. C 10-00127 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. / | |

Defendant's motion for summary judgment is granted and plaintiff's is denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 23, 2010

SUSAN ILLSTON
United States District Judge